[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 24, 2001
THOMAS K. KAHN
CLERK

No. 97-2618

D.C. Docket No. 95-89-CR-T-24-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIGMA INTERNATIONAL, INC.,
d.b.a. SIGMA U.S.A., INC; CHARLES
STERNISHA, et al.,

Defendants-Appellants.

Appeals from the United States District Court
for the Middle District of Florida

**(May 24, 2001)**

Before TJOFLAT, BIRCH and BRIGHT*, Circuit Judges.

_____

*Honorable Myron H. Bright, U.S. Circuit Judge for the Eighth Circuit, sitting by designation.

PER CURIAM:

In light of our opinion on rehearing in <u>United States v. Sigma</u>, 244 F.3d 841 (11th Cir. 2001), the panel's prior opinion, <u>United States v. Sigma</u>, 196 F.3d 1314 (11th Cir. 1999), is hereby VACATED.